**Wilbur KOLLMEYER, Plaintiff–Appellant,**

v.

**WTVA, INC., Defendant–Appellee.**

No. 03–60965.

Summary Calendar

United States Court of Appeals, Fifth Circuit.

June 8, 2004.

David Shelby Van Every, Sr., Van Every Law Firm, Columbus, MS, for Plaintiff–Appellant.

Berkley Neal Huskison, Mitchell, McNutt & Sams, Columbus, MS, for Defendant–Appellee.

Before REAVLEY, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiff Wilbur Kollmeyer filed a claim for compensation under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207, along with a state law breach of contract claim. The plaintiff worked as a Sports Director for the defendant WTVA, Inc., a television station. Upon resigning, he claimed he had not been compensated for 71 days of overtime.

WTVA filed a motion for summary judgment. Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, the district court granted WTVA's motion for summary judgment on the FLSA claims and remanded the plaintiff's state law claims to state court. We affirm the decision of the district court as the plaintiff fits within the small market exemption to overtime requirements. *See* 29 U.S.C. § 213(b)(9). The defendant did not waive its right to the exemption by providing the plaintiff with compensation days off in return for overtime hours. We decline to address the revocation of the small market exception as this issue was not clearly raised before the trial court. *See United States ex rel. Wallace v. Flintco Inc.,* 143 F.3d 955, 971 (5th Cir.1998).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.